**Ed B. GILLON, Plaintiff-Appellant, v. A. E. McGINTY, Defendant; G. W. McGinty, Third Opponent-Appellee.**

**No. 4541.**

Court of Appeal of Louisiana. Second Circuit.

June 29, 1935.

J. Rush Wimberly, of Arcadia, for appellant Ed Gillen.

Scarborough & Barham, of Ruston, for appellee G. W. McGinty.

TALIAFERRO, Judge.

Counsel of appellant and appellee, by joint motion filed in this case, request dismissal of the appeal therein.

It is therefore ordered that said appeal be, and same is hereby, dismissed at appellant's cost.